# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:06CR00009-002 |
| ) | Chief Judge Varlan |
| SARAH RICHIE ) | |

## AGREED ORDER OF REVOCATION

An Amended Petition for Revocation of Supervised Release has been filed against the defendant, Sarah Richie, and the defendant admits that she has violated her supervised release as specified in violation number 1 of the amended petition. An agreement has been reached between the parties, recommending that Ms. Richie's supervised release should be revoked and that she should be sentenced to time served with twenty-four (24) months supervised release to follow. As a special condition of supervised release, the parties agree that she shall receive a sentence of ten (10) consecutive weekends of incarceration at a local jail.

Ms. Richie agrees to waive her right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive her right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is I. The advisory guideline range is 4-10 months for "Grade B" violations and the Court has carefully considered those ranges. There is a statutory maximum of 24 months imprisonment which the Court has also considered. The Court has also considered the

factors listed in 18 U.S.C. §3553(a).

Ms. Richie agrees that she misrepresented that she was a federal probation officer to the Bureau of Prisons to obtain documents pertaining to her former incarceration.

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of time served to be followed by twenty-four (24) months supervised release. While on supervised release, Ms. Richie shall abide by all standard conditions of supervised release and special conditions previously ordered. Upon entry of this Agreed Order, the pre-hearing condition of home detention is removed. Further, Ms. Richie shall serve ten consecutive weekends of incarceration at a local jail as a special condition of supervised release.

ENTER:

*Thomas A. Varlan*
Honorable Thomas A. Varlan
Chief United States District Judge

APPROVED FOR ENTRY:

_David Jennings by Jonath Moffatt w/ perm_
David Jennings
Assistant U.S. Attorney

_Jonath Moffatt_
Jonathan Moffatt
Attorney for Defendant

_Sarah Richie_
Sarah Richie
Defendant

_April Wilson by Jonath Moffatt w/ perm_
April Wilson
U.S. Probation Officer

3